IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMANDA L. TREJO TREJO                                                         PLAINTIFF

v.                            Case No. 4:09CV00516-JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 22nd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE